UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              Chapter 11

Jack Pinnock,                                       Case No.: 11-22011 (RDD)

                              Debtor.
---------------------------------------------------------------X

**ORDER EXTENDING DEBTOR'S TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND
<u>CURRENT MONTHLY INCOME AND MEANS TEST</u>**

*UPON* the application, dated January 20, 2011 of the debtor and debtor in possession herein (the "Debtor") for an extension of the Debtor's time to file his schedules, statement of financial affairs and current monthly income and means test; and due deliberation having been had and good and sufficient cause appearing, now, therefore, it is hereby

**ORDERED** that the Debtor's time to file its schedules, statement of financial affairs, and current monthly income and means test is extended *nunc pro tunc* from January 20, 2011 to February 1, 2011.

Dated: White Plains, New York
       February 7, 2011

                                       <u>/s/Robert D. Drain</u>
                                       HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE

*4864-001 Doc#11*